**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter** 13 |
| Shaconda McKendrick | : | |
| | : | **Bankruptcy No: 18-10772** |
| **Debtor** | : | |

**ORDER**

**AND NOW**, upon consideration of the Debtor(s)' Motion for Extension of Time to File the required documents, it is hereby

**ORDERED** that the motion is **GRANTED** and the debtor(s) may file their documents on or before March 7, 2018.

February 27, 2018

_Magdeline D. Coleman_
Magdeline D. Coleman
United States Bankruptcy Judge

extend.frm
(11/95)